UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **DANIEL F. MARTIN,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 1:06cv0048 AS |
| | ) | |
| **NOBLE COUNTY JAIL** | ) | |
| **Superintendent,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

This proceeding was filed pro se by Daniel F. Martin on or about February 21, 2006. Preliminarily it has many of the earmarks of an attempt at a direct appeal in this court from actions taken in state courts located in Noble County, Indiana. Basically the actions referred to were in the Noble Circuit Court. The federal statute that creates jurisdiction in this court requires the exhaustion of available state remedies. While there has been compliance here with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), there has not been exhaustion of available state remedies. For that reason, the case is now **DISMISSED WITHOUT PREJUDICE**. **IT IS SO ORDERED**.

**DATED:** August 18, 2006

                                                      **S/ ALLEN SHARP**
                                                      **ALLEN SHARP, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**